UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



———————————————————————X

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY a/s/o Brooklyn Renaissance Plaza LLC,

Plaintiff

**OPINION & ORDER**
06-CV-122 (SJF) (JMA)

-against-

UNITED FEDERATION OF TEACHERS, LOCAL 2,
AFT, AFL-CIO, P.I. MECHANICAL CORP., and
SOL NIEGO AND ASSOCIATES.

Defendants.

———————————————————————X

FEUERSTEIN, J.

The Court is in receipt of defendant Sol Niego and Associates ("Defendant") motions to

dismiss dated June 30, 2006 (ct. doc. 21), and January 5, 2007 (ct. doc. 39). Pursuant to

paragraphs 4(B) & (D) of the Individual Practices of this Court, a movant is directed to file a

copy of the cover letter only with the Court, and submit the papers to the Court only after the

motion has been fully briefed. Because Defendant's motions were submitted prior to becoming

fully briefed, they are hereby DENIED WITHOUT PREJUDICE, and Defendant is directed to

re-file and submit its motions in accordance with this Court's practices.

_____
Sandra J. Feuerstein
United States District Judge

Dated: January 22, 2007
      Brooklyn, New York

1